UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON HARRIS, | ) |
| PLAINTIFF, | ) |
| V. | ) 14-CV-00020-KOB |
| UPSTATE MANAGEMENT SERVICES, LLC, | ) |
| DEFENDANT. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Plaintiff, SHANNON HARRIS, and the Defendant, UPSTATE MANAGEMENT SERVICES, LLC, by and through their attorneys of record, and stipulate that all claims of Plaintiff against Defendant, in this proceeding are to be dismissed with prejudice, with each party to bear its own costs. The Parties hereby request this Court to enter an Order dismissing the above-styled proceeding as to UPSTATE MANAGEMENT SERVICES, LLC, with prejudice.

_____
John C. Hubbard
Attorney for Plaintiff
John C. Hubbard, LLC

1

PO Box 953
Birmingham, AL 35203

/s/ Neal D. Moore, III

Neal D. Moore, III
Attorney for Defendant
Ferguson, Frost, Moore
& Young, LLP
1400 Urban Center Drive
Suite 200
Birmingham, Alabama 35242

2