# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHANNON HARRIS,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CV-14-BE-20-S** |
| ] | |
| **UPSTATE MANAGEMENT SERVICES, LLC,** ] | |
| ] | |
| **Defendant.** ] | |

## FINAL ORDER

This matter is before the court on the parties' "Joint Stipulation of Dismissal," requesting that this court dismiss all claims with prejudice. (Doc. 11). The court GRANTS the request and DISMISSES this case WITH PREJUDICE, with each party to bear her/its own costs.

DONE and ORDERED this 23rd day of September, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE